IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GARY F. SEITZ, in his capacity as trustee for City Line Behavioral Healthcare, LLC and Life of Purpose-Pennsylvania, LLC,** Plaintiff, | CIVIL ACTION |
| v. | NO. 21-0083 |
| **ANDREW ROTHERMEL, THOMAS GREER, JEFFREY MUIR, TOM LEAHEY, AND VINCENT OLMSTEAD,** Defendants. | |

**O R D E R**

**AND NOW**, this 2nd day of March, 2022, upon consideration of Defendants' Motion for Withdrawal of Reference (ECF No. 1), and Plaintiff's Opposition thereto (ECF No. 5), it is

**HEREBY ORDERED THAT** Defendants' Motion is **DENIED WITHOUT PREJUDICE.**

BY THE COURT:

*/s/ Wendy Beetlestone*

**WENDY BEETLESTONE, J.**